394 A.2d 615

Commonwealth ex rel. Kyle et al. v. Kyle, Appellant.

Argued June 15, 1978.
L. Gold-Bikin, with him Alastair Kyle, in pro. per., for appellant; No appearance entered nor brief submitted for appellee.

Appeal quashed.

394 A.2d 615

Commonwealth ex rel. Maser v. Maser, Appellant.

Argued June 13, 1978. Emanuel A. Bertin, for appellant; Richard C. Sheehan, for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.